IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN,                   )
                                 )
              Plaintiff,         )
                                 )
        v.                       )        1:22CV664
                                 )
N. EVANS, et al.,                )
                                 )
              Defendants.        )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 17, 2022, was served on the parties in this action. (Text Recommendation dated August 17, 2022; Doc. 4.) Plaintiff objected to the Recommendation. (Doc. 5.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim.

/s/    Thomas D. Schroeder
United States District Judge

August 19, 2022